E-filing   FILED   555

1. COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C §§ 1983

3. Name  ROWE, JEFFERY P.
4.      (Last)         (First)         (Initial)
5. Prisoner Number  V-81229
6. Institutional Address  P.O. BOX 705
7.                        SOLEDAD, CA 93960

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JEFFERY P. ROWE
(Enter the full name of plaintiff in this action.)

vs.

DR. Z. AHMED
R/n M. NADY
N/P SLATER
JOHN &janes doe(5)
(Enter the full name of the defendant(s) in this action)

Case No. CV 08 2317 SI
(To be provided by the clerk of court)

COMPLAINT UNDER THE
CIVIL RIGHTS ACT,
42 U.S.C §§ 1983

(PR)

*[All questions on this complaint form must be answered in order for your action to proceed..]*

I.  Exhaustion of Administrative Remedies

   [**Note:** You must exhaust your administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims.]

   A.  Place of present confinement  C.T.F

   B.  Is there a grievance procedure in this institution?

       YES (X)    NO ( )

   C.  Did you present the facts in your complaint for review through the grievance procedure?

       YES (X)    NO ( )

   D.  If your answer is YES, list the appeal number and the date and result of the appeal at

COMPLAINT                    - 1 -

each level of review. If you did not pursue a certain level of appeal, explain why.

1. Informal appeal  C.T.F-S-08-01173, partially granted, altered paperwork, medical file

2. First formal level C.T.F.-s-08-01173, new due date 5/8/08

3. Second formal level

4. Third formal level ctf-s-07-03747, denied, no significant facts or argument.

E. Is the last level to which you appealed the highest level of appeal available to you?

YES (X)    NO (XX)

F. If you did not present your claim for review through the grievance procedure, explain why. INFORMAL LEVEL REVIEW : NEED HELP FOR THE PAIN I SUFFER IN DAILY.

II. Parties

A. Write your name and your present address. Do the same for additional plaintiffs, if any.

JEFFERY ROWE V-81229/WA 304

p.o.box 705

SOLEDAD, CA   93960

B. Write the full name of each defendant, his or her official position, and his or her place of employment.

all parties work address, p.o.box 686, soledad ca 93960, DR.AHMED, R/N NADY, N/P SLATER, JOHN &JANES DOE(5)

COMPLAINT                    - 2 -

III. Statement of Claim

State here as briefly as possible the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

1) Denial of due process in accordance with appeal process, denial of claim based on lack of facts or negligence in covering up 'altered' documents and prescriptions.

2) CTF's disregard for my medical condition and lack of adequate medical care proves beyond a shadow of doubt medical in difference to my medical needs, constituting an 8th amendment violation by making me suffer in pain.

3) In order to prove an 8th amendment violation after incarceration, a prisoner must establish the unnecessary & wanton infliction of pain, which CTF medical staff has done by denying my medical treatment.

IV. Relief

Your complaint cannot go forward unless you request specific relief. State briefly exactly what you want the court to do for you. Make no legal arguments; cite no cases or statutes.

I want the adequate medical I am guaranteed, pain management, damages for pain and suffering, physical and emotional, PUNITIVE $3.5 million, compesatory for pain suffered, physical and emotional, 3.5 million as well as any other remidies and awards that this plaintiff is due.

COMPLAINT            - 3 -

1  _____
2  _____
3  _____

4    I declare under penalty of perjury that the foregoing is true and correct.

6    Signed this __23__ day of __APRIL__, 20_08_

         _____
         (Plaintiff's signature)

COMPLAINT                    - 4 -

## PROOF OF SERVICE BY MAIL

### BY PERSON IN STATE CUSTODY

(Fed. R. Civ. P. 5, 28 U.S.C. § 1746)

I, __JEFFERY ROWE_____, declare:

I am over 18 years of age and a party to this action. I am a resident of _____
__C.T.F. Soledad_____Prison,
in the county of __Monterrey_____,
State of California. My prison address is: __JEFFERY ROWE #V81229,
PO BOX #705 / WA-304L   SOLEDAD, CA. 93960__.

On __4-23-08__,
(DATE)

I served the attached: __Certificate of Funds, In Forma Pauperus,
Civil Complaint form__
(DESCRIBE DOCUMENT)

on the parties herein by placing true and correct copies thereof, enclosed in a sealed envelope, with postage thereon fully paid, in the United States Mail in a deposit box so provided at the above-named correctional institution in which I am presently confined. The envelope was addressed as follows:

Clerk of U.S. District Court, Northern District
450 Golden Gate ave
Box 36060
S.F. Calif. 94102

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on __4-23-08__          _____
(DATE)                                (DECLARANT'S SIGNATURE)