E-filing

FILED

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROWE            Plaintiff, | CASE NO. _____ |
| vs. | PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS |
| AHMED, at.el.,  Defendant. | |

I, __Jeffery Rowe_____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed?                              Yes _x_  No ____

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __27.00$ per month_____  Net: _$12.15_____

Employer: ___C.T.F. SOLEDAD CANTEEN_____
            STATE OF CALIFORNIA

If the answer is "no," state the date of last employment and the amount of the gross and net salary

1  and wages per month which you received. (If you are imprisoned, specify the last place of
2  employment prior to imprisonment.)
3  _____ATTENTION TO DETAIL_____
4  _____505 MAYOCK_____
5  _____GILROY, CA   95020_____
6  2.    Have you received, within the past twelve (12) months, any money from any of the following
7  sources:
8        a.    Business, Profession or              Yes ____   No<sup>x</sup> X__
9              self employment
10       b.    Income from stocks, bonds,           Yes ____   No  X__
11             or royalties?
12       c.    Rent payments?                       Yes ____   No  X__
13       d.    Pensions, annuities, or              Yes ____   No  X__
14             life insurance payments?
15       e.    Federal or State welfare payments,   Yes ____   No  X__
16             Social Security or other govern-
17             ment source?
18  If the answer is "yes" to any of the above, describe each source of money and state the amount
19  received from each.
20  _____
21  _____
22  3.    Are you married?                          Yes ____   No  X__
23  Spouse's Full Name: _____
24  Spouse's Place of Employment: _____
25  Spouse's Monthly Salary, Wages or Income:
26  Gross $_____  Net $_____
27  4.    a.    List amount you contribute to your spouse's support:$ _____
28        b.    List the persons other than your spouse who are dependent upon you for support

PRIS. APP. TO PROC. IN FORMA PAUPERIS         - 2 -

1  and indicate how much you contribute toward their support. (NOTE: For minor
2  children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).
3  _____
4  _____
5  5.  Do you own or are you buying a home?          Yes ____ No X____
6  Estimated Market Value: $_____ Amount of Mortgage: $_____
7  6.  Do you own an automobile?                     Yes ____ No X____
8  Make _____ Year _____ Model _____
9  Is it financed? Yes _____ No _____ If so, Total due: $ _____
10 Monthly Payment: $ _____
11 7.  Do you have a bank account? Yes _____ No X___ (Do not include account numbers.)
12 Name(s) and address(es) of bank: _____
13 _____
14 Present balance(s): $ _____
15 Do you own any cash? Yes ____ No X___ Amount: $ _____
16 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
17 market value.)  Yes ____ No X__
18 _____
19 8.  What are your monthly expenses?
20 Rent: $ _____  Utilities: _____
21 Food: $ _____  Clothing: _____
22 Charge Accounts:
23 <u>Name of Account</u>          <u>Monthly Payment</u>          <u>Total Owed on This Acct.</u>
24 _____    $ _____    $ _____
25 _____    $ _____    $ _____
26 _____    $ _____    $ _____
27 9.  Do you have any other debts? (List current obligations, indicating amounts and to whom
28 they are payable. Do not include account numbers.)

1 | RESTITUTION, SANTA CLARA CO.,  $7,800.00
2 |

3 | 10.    Does the complaint which you are seeking to file raise claims that have been presented in
4 | other lawsuits?   Yes ____  No _X_
5 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which
6 | they were filed.

7 |
8 |

9 |        I consent to prison officials withdrawing from my trust account and paying to the court the
10 | initial partial filing fee and all installment payments required by the court.
11 |        I declare under the penalty of perjury that the foregoing is true and correct and understand
12 | that a false statement herein may result in the dismissal of my claims.

13 |
14 | 4-23-08
15 |     DATE                              SIGNATURE OF APPLICANT

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Rowe, Jeffery_ [prisoner name] for the last six months at _CTF- Soledad_ [name of institution] where (s)he is confined.

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _1.62_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _.54_.

Dated: _4/29/08_                 _Yolinda Chang_
                                 Authorized officer of the institution
                                 Acct 1 Specialist

Correctional Training Facility
P. O. Box 686
(5 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust Office

THE WITHIN INSTRUMENT IS A CORRECT COPY OF THE TRUST ACCOUNT MAINTAINED BY THIS OFFICE.
ATTEST: 4/29/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _Yolinda Chang_
TRUST OFFICE
Acct 1 Specialist

4

Case Number:_____

**CERTIFICATE OF FUNDS**

**IN**

**PRISONER'S ACCOUNT**

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _____ for the last six months at
[prisoner name]
_____ where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $_____ and the average balance in the prisoner's account each month for the most recent 6-month period was $_____.

Dated:_____      _____
                             Authorized officer of the institution

```
REPORT ID: TS3030 .701                                              REPORT DATE: 04/29/08
                                                                    PAGE NO:           1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                           CTF SOLEDAD/TRUST ACCOUNTING
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                   FOR THE PERIOD: NOV. 30, 2007 THRU APR. 29, 2008

ACCOUNT NUMBER  : V81229                    BED/CELL NUMBER: NOWAT300000000304L
ACCOUNT NAME    : ROWE, JEFFREY PAUL        ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                            TRUST ACCOUNT ACTIVITY

          TRAN
DATE      CODE   DESCRIPTION       COMMENT     CHECK NUM    DEPOSITS    WITHDRAWALS    BALANCE

11/30/2007       BEGINNING BALANCE                                                        0.00

12/04*VD53  INMATE PAYROL 1740 W2                              9.07                       9.07
12/10 FR01  CANTEEN RETUR 701803                                            0.15-         9.22
12/10 FC03  DRAW-FAC 3    1818 U-II                                         9.22          0.00
ACTIVITY FOR 2008
01/07*VD53  INMATE PAYROL 2049 W1                              0.63                       0.63
03/18 W536  COPAY CHARGE  3040 44716                                        0.63          0.00

                        CURRENT HOLDS IN EFFECT

DATE        HOLD
PLACED      CODE   DESCRIPTION                  COMMENT              HOLD AMOUNT

04/03/2008  H114   COPAY FEE, MED.              3175 44717                  5.00

                       * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 05/16/05                     CASE NUMBER: FF303170
COUNTY CODE:   SCL                           FINE AMOUNT: $  7,800.00

DATE      TRANS.  DESCRIPTION                          TRANS. AMT.      BALANCE

11/30/2007        BEGINNING BALANCE                                     7,564.55

12/04/07  VR53    RESTITUTION DEDUCTION-IWF               10.06-        7,554.49
01/07/08  VR53    RESTITUTION DEDUCTION-IWF                0.69-        7,553.80

 * THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
 * IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *
```

Correctional Training Facility
P. O. Box 686
(8 Miles N of Soledad on US 101)
Soledad, California 93960
ATTN: Trust office

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 4/29/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY [signature]
TRUST OFFICE
Acct / Specialist

Jeffery Rowe
V-81229 / WA-304L
PO Box #705
Soledad, CA. 93960-0705

CONFIDENTIAL
LEGAL MAIL

Jeffery Rowe
V-81229 / WA-304L
PO Box #705
Soledad, CA. 93960-0705

LEGAL MAIL

RECEIVED
MAY 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Clerk of the U.S. District Court
Northern District of California
450 Golden Gate Ave, Box #36060
San Francisco, CA. 94102