**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFERY ROWE, | No. C 08-2317 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DR. Z. AHMED, | |
| Defendant. | |

Judgment is entered in favor of defendants and against plaintiff.

IT IS SO ORDERED AND ADJUDGED.

Dated: June 23, 2009

_____
SUSAN ILLSTON
United States District Judge